IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 29 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| RONNIE HEADEN,<br>    Plaintiff, | Civil Action No. 7:13-cv-00005 |
| v. | **DISMISSAL ORDER** |
| WARDEN OF GREEN ROCK<br>CORRECTIONAL CENTER,<br>    Defendant(s). | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 29th day of January, 2013.

_____
United States District Judge